**FILED**

MAY 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  Stirling Hale
2  Michelle Hale
   320 Ashwood Way
3  Lincoln, CA 95648
   Telephone: (916)316-7836
4
5  Defendants in Pro Per

6  **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF**
7  **CALIFORNIA – SACRAMENTO DIVISION**

8  ) CASE NO: 2:11cv1272 FCD DAD (PS)
9  RIVER CITY INVESTORS, LLC )
   ) **HON.:**
10 )
   Plaintiff, ) [Removal from Superior Court of
11 vs. ) California, County of Placer ]
12 )
   STIRLING HALE,MICHELLE HALE ) **NOTICE OF REMOVAL OF CASE**
13 AND DOES 1 THROUGH 10 INCLUSIVE, ) **TO FEDERAL COURT PURSUANT**
   ) **TO 28 U.S.C. §§1331 and 1446**
14 )
15 Defendants. ) **(FEDERAL QUESTION)**
   )
16
17
18     TO THE COURT AND THE PARTIES:
19     PLEASE TAKE NOTICE that Stirling Hale,Michelle Hale  ("Defendants") hereby removes to
20 this Court the above-captioned action described further below:
21 **I. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**
22
23 On **March 21,2011**,, Plaintiff, RIVER CITY INVESTORS, LLC ("Plaintiff ") filed an unlawful
24 detainer action in the Superior Court of California, County of Placer , entitled RIVER CITY
25 INVESTORS, LLC INC v. STIRLING HALE,MICHELLE HALE    AND DOES 1 THROUGH
26 10 INCLUSIVE.. Defendants' demurrer to the complaint for unlawful detainer was based on a
27 defective Notice to Occupants to Vacate Premises.
28 NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

Page 1

1   A true and correct copy of the relevant defective Notice to Occupants to Vacate Premises. A.

2   true and pleadings, i.e. summons and complaint, and demurrer to complaint, are attached hereto

3   as **Exhibit "A"** and **Exhibit "B"**, respectively.

4

5   2. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C.

6   §1446(b).

7   3. There are no other named Defendants in the action.

8   4. No previous request has been made for the relief requested.

9   5. The Superior Court of California for the County of Placer  is located within

10  the Eastern  District of California. See 2 8 U.S.C. §84(c)(1). Thus, venue is proper in this

11  Court because it is the "district and division embracing the place where such action is pending."

12

13  2 8 U.S.C. §1441(a).

14  6. This action is removable to the instant Court because it originally could have

15  been filed in this Court pursuant to 28 U.S.C. §1441(a) and/or ( b). The complaint presents

16  federal questions. Supplemental jurisdiction exists with respect to any remaining claims

17  pursuant to 28 U.S.C. §1367.

18  **II. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT**
19  **HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441**

20  7. The Complaint for Unlawful Detainer is subject to strict notice requirements.

21  8. Defendant filed a demurrer to the Complaint based on a defective notice, i.e., the

22  Notice to Occupants to Vacate Premises, failed to comply with The Protecting Tenants at

23  Foreclosure Act [12 U.S.C. §5220].

24

25  9. Notwithstanding said violation of 12 U.S.C. §5220, the Superior Court for the

26  County of Placer did not sustain the demurrer.

27

28  NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

1   10. Federal question jurisdiction exists because Defendants' demurrer, a pleading,

2   depend on the determination of Defendants' rights and Plaintiff's duties under federal law.

3   Wherefore  Stirling Hale,Michelle Hale  , respectfully removes this action from the California

4   Superior Court for the County of Placer to this Court pursuant to 28 United  States C ode

5   Sections1331 and 1441.

7   Dated: May 12, 2011                                    By: _____
                                                                Stirling Hale,
8                                                               Defendant in Pro Per

10                                                         By: _____
                                                                Michelle Hale
11                                                              Defendant in Pro Per

**NOTICE OF REMOVAL OF CASE TO FEDERAL COURT**

**PROOF OF SERVICE**

State of California )

County of Placer  )

I am employed in the County of Placer , State of California. I am over the age of 18,

and am not a party to the within action; my business address is __Box 9281__
__Auburn, CA  95604__ .

On the date herein below specified, I served the foregoing document, described as set forth

below on the interested parties in this action by placing true copies thereof enclosed in sealed

envelopes, at Lincoln  , California addressed as follows:

**Greisen Law Corporation**
**4120 Douglas Blvd. # 306-192**
**Granite Bay  ,CA  95746**
**Date of Service: May 12 , 2011**
**Document Served: NOTICE OF REMOVAL OF CASE TO FEDERAL COURT**

**PURSUANT TO 28 U.S.C. §§1331 and 1446**

X (BY REGULAR MAIL) I caused such envelope(s) to be placed in the United States

mail. I am readily familiar with this firm's practice of collection and processing correspondence

form mailing. It is deposited with U.S. postal service on that same day in the ordinary course of

business. I am aware that on motion of party served, service is presumed invalid if postal

cancellation date or postage meter date is more than 1 day after date of deposit for mailing in

affidavit.

X (STATE) I declare under penalty of perjury under the laws of the State of California

that the above is true and correct.

Executed at __Auburn, CA__ on: May 12, 2011

David Gresby

**NOTICE OF FILING  NOTICE OF REMOVAL OF CASE TO FEDERAL.**

**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE---DESALOJO)

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>STIRLING HALE, MICHELLE HALE, AND DOES 1-10 | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF PLACER<br><br>MAR 21 2011<br><br>JAKE CHATTERB<br>EXECUTIVE OFFICER & CLERK<br>By Brandi Burke, Deputy |
| **YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>RIVER CITY INVESTORS, LLC | |

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, PLACER COUNTY<br>10820 JUSTICE CENTER DRIVE<br>SAME<br>ROSEVILLE, CA 95678<br>UNLAWFUL DETAINER | **CASE NUMBER:**<br>**MCV0050243** |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
CARY GREISEN SBN 125173                                      (916)781-8338
GREISEN LAW CORPORATION
4120 DOUGLAS BLVD., STE. 306-192
GRANITE BAY, CA 95746

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| | | |
|---|---|---|
| Date:<br>*(Fecha)*  MAR 21 2011 | Clerk, by _____ B. Burke | , Deputy<br>*(Adjunto)* |
| | *(Secretario)* | |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served

a. [✓] as an individual defendant.
b. [✓] as the person sued under the fictitious name of *(specify):*
c. [ ] as an occupant
d. [ ] on behalf of *(specify):*

under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)      [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
[ ] CCP 415.46 (occupant)                    [ ] other *(specify):*

5. [X] by personal delivery on *(date):* 3/24/11

*Exhibit A*

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-130 [Rev. July 1, 2009] | **SUMMONS—UNLAWFUL DETAINER—EVICTION**<br>Page 1 of 2<br>Code of Civil Procedure §§ 412.20, 415.456, 1167 |

**SUM-130**

| PLAINTIFF *(Name):* RIVER CITY INVESTORS, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* STIRLING HALE, MICHELLE HALE | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date):*



FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

MAR 21 2011

JAKE CHATTERS
EXECUTIVE OFFICER & CLERK
By Brandi Burke, Deputy

CARY P. GREISEN SB# 125173
GREISEN LAW CORPORATION
4120 DOUGLAS BLVD., #306-192
GRANITE BAY, CA 95746
Telephone No.: (916) 781-8338
Attorneys for PLAINTIFF

IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER

Limited Civil Case

RIVER CITY INVESTORS, LLC

        Plaintiff,

vs.

STIRLING HALE, MICHELLE HALE
AND DOES 1 THROUGH 10,
INCLUSIVE,

        Defendant(s).

Case No.: **MCV0050243**

**COMPLAINT FOR UNLAWFUL
DETAINER FOLLOWING
FORECLOSURE SALE; DAMAGES**

Plaintiff River City Investors, LLC alleges the following:

    1.   Plaintiff, **RIVER CITY INVESTORS, LLC** is a California Limited Liability Company.

    2.   Defendants **STIRLING HALE** and **MICHELLE HALE** are in possession of the premises located at **320 ASHWOOD WAY, LINCOLN, CA 95648, PLACER COUNTY**.

    3.   Plaintiff's interest in the premises is as owner.

    4.   Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 to 10, and therefore sue these Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

    5.   Defendants, DOES 1 to 10, at all times mentioned were the agents and employees of their codefendants and in doing the things hereinafter alleged were acting within the course and scope of such agency and the permission and consent of their codefendants.

COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE; DAMAGES



6.  On or about March 2, 2011, purchased the above described property at foreclosure sale and received a duly executed deed from the Trustee which was recorded in the official records of Sacramento County on March 15, 2011. (a true copy of the Trustee's Deed is attached hereto as **Exhibit 1**).

7.  Plaintiff is informed and believes that Defendants **STIRLING HALE** and **MICHELLE HALE** are the former owners of the subject proeprty. **STIRLING HALE and MICHELLE HALE** were served with a Notice to Quit After Foreclosure on March 2, 2011. Plaintiff is informed and believes that Defendants **STIRLING HALE and MICHELLE HALE** remain in possession of the property after expiration of the Notice to Quit After Foreclosure, which expired March 5, 2011. (A true copy of the Notice to Quit After Foreclosure is attached hereto as **Exhibit 2**).

8.  The reasonable rental value of the property is $60.00 per day.

WHEREFORE, Plaintiff requests:

    a.   Possession of the property commonly known as **320 ASHWOOD WAY, LINCOLN, CA 95648, PLACER COUNTY**

    b.   Costs of this action;

    c.   Damages from and after March 5, 2011 at the rate of $60.00 per day;

    d.   For such other and further relief as the court deems proper.



DATED: March 15, 2011

GREISEN LAW CORPORATION



GARY P. GREISEN, ATTORNEY FOR
PLAINTIFF

## VERIFICATION

I, Jason Belles, declare as follows:

1. I am the vice president in charge of day to day operations for RIVER CITY INVESTORS, LLC, Plaintiff herein.

2. I have read the foregoing Complaint (Unlawful Detainer) and know the contents thereof. I am informed and believe that the matters stated therein are true and correct and, on the ground of such information and belief, allege that said matters are true.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct

Dated: March 15, 2011



Jason Belles, VP River City Investors, LLC

## NOTICE TO QUIT

To: STIRLING & MICHELLE HALE ,

owners and all occupants in possession of premises located at:

### 320 ASHWOOD WAY, LINCOLN CALIFORNIA 95648

Within three (3) days after service of this notice, you must vacate the premises and deliver possession of them to the undersigned – JAKE HARRIS, RIVER CITY INVESTORS, LLC.

Your failure to deliver possession of the premises within three (3) days will cause the undersigned to initiate legal proceedings against you to recover possession of the premises.

The reason for service of this notice and termination of your occupancy is that the undersigned acquired this property at a sale on March 2, 2011 in accordance with Section 2924 of the Civil Code, under a power of sale contained in a deed of trust executed by you, and the title under the sale has been duly perfected.  Trustee Sale No. is CA09002120-10-1

Date: March 2, 2011

Jake Harris
RIVER CITY INVESTORS LLC
(916) 717-0015

**OWNER USE:**

I, JAKE HARRIS, the undersigned, being at least 18 years of age, served this 3-Day Notice to Quit, on the occupants in possession of the premises as follows:

[X]  On _____ 2011 at ___ I delivered the 3-Day Notice to Quit to the occupant personally at _____ California.

[ ]  On _____ 2011 at ___ I delivered the 3-Day Notice to Quit to a person of suitable age and discretion at the occupant's residence/business after having attempted personal service at the occupant's residence, and business if known. On _____ 2009, I also mailed a second copy to the occupant at his or her residence.

[ ]  On _____, 2011, I posted the 3-Day Notice to Pay Rent or Quit in a conspicuous place on the property, after having attempted personal service at the occupant's residence, and business, if known, and after having been unable to find there a person of suitable age and discretion. On _____, 2010, I also mailed a second copy to the occupant at the property.

I declare under penalty of perjury under the laws of the State of California that the foregoing information is true and correct.

Signature: _____   Date: _____

Print name: _____



RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

AND MAIL TAX STATEMENTS TO:

RIVER CITY INVESTORS, LLC.
1130 IRON PT. RD. #160,

FOLSOM, CA 95630

09/16/2011, 2011-0020021

Trustee Sale No. CA09002120-10-1     Loan No. 3062769567   Title Order No. 4649595

# TRUSTEE'S DEED UPON SALE

The undersigned grantor declares:

1) The Grantee herein was not the foreclosing beneficiary.

2) The amount of the unpaid debt together with costs was: $234,564.20

3) The amount paid by the grantee at the trustee sale was: $160,000.00

4) The documentary transfer tax is:                  $  165.00

5) Said property is in the city of:   LINCOLN

6) A.P.N. # 025-020-024-000

and MTC FINANCIAL INC., dba TRUSTEE CORPS, herein called "Trustee", as Trustee (or as Successor Trustee) of the Deed of Trust hereinafter described, hereby grants and conveys, but without covenant or warranty, express or implied, to RIVER CITY INVESTORS, LLC., herein called "Grantee", the real property in the County of Placer, State of California, described as follows:

LOT 49, AS SHOWN ON THAT CERTAIN MAP ENTITLED "THE GROVE", FILED IN THE OFFICE OF THE PLACER COUNTY RECORDER ON APRIL 20, 2007, IN BOOK "U" OF MAPS, AT PAGE 30, AND AS AMENDED BY THAT CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 2008, INSTRUMENT NO. 2008-0102142, OFFICIAL RECORDS.

This deed is made pursuant to the authority and powers vested in Trustee (or to Successor Trustee) by law and by that certain Deed of Trust dated May 15, 2008, made by STIRLING HALE AND MICHELLE HALE, HUSBAND AND WIFE and recorded on May 23, 2008, as Instrument No. 2008-0055824, of Official Records in the office of the Recorder of Placer County, California, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

MAIL TAX STATEMENTS TO:
RIVER CITY INVESTORS, LLC.
1130 IRON PT. RD. #160, FOLSOM, CA 95630

(A)

03/15/2011  09:10   5388856974                    TITLE: COURT          + KARLYN
PAGE  04/04
003/003

all requirements of law and of said Deed of Trust relating to this sale and to notice thereof having been complied with. Pursuant to the Notice of Trustee's Sale dated above described, property sold to [illegible] Trustee for [illegible] amount [illegible] money of the United States, which has been paid.

Dated: 03/02/2011

MTC FINANCIAL INC., dba TRUSTEE CORPS

Gloria Juarez
Vice President

State of CALIFORNIA
County of ORANGE

On 3/2/11 before me, Michael B. Henry, a notary public personally appeared Gloria Juarez, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public in and for said County and State

**NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.**

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address).* | TELEPHONE NO.: | *FOR COURT USE ONLY* |
|---|---|---|
| ATTORNEY FOR *(Name)*: | | |
| **NAME OF COURT:** | | |
| STREET ADDRESS: | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: | | |
| BRANCH NAME: | | |
| PLAINTIFF: | | |
| DEFENDANT: | | |

| | CASE NUMBER: |
|---|---|
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | |

| Complete this form only if **ALL of these statements are true:** 1. You are **NOT named** in the accompanying Summons and Complaint. 2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed. 3. You still occupy the premises. | *(To be completed by the process server)* DATE OF SERVICE: *(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |
|---|---|

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: _____ , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item  4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the  court and pay a filing fee of  $_____ or file with the court the form "Application for Waiver of Court Fees and Costs."  I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession

*(Continued on reverse)*

| PLAINTIFF *(Name)*: | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: | |

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

---

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

---

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

---

Date:

▶

........................................
(TYPE OR PRINT NAME)                                           _____
                                                              (SIGNATURE OF CLAIMANT)           •

---

NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

YOU MUST ACT AT ONCE if all the following are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. You still occupy the premises.

*(Where to file this form)*   You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*   If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

1    STIRLING HALE
     MICHELLE HALE
2    320 Ashwood Way
     Lincoln, CA 95648
3    Telephone: (916)316-7836

4

5    Defendants, In Pro Per

6

7

8              SUPERIOR COURT OF CALIFORNIA

              COUNTY OF PLACER - LIMITED CIVIL

9

10

11    RIVER CITY INVESTORS, LLC,       )   **CASE NO: MCV 0050243**
                                )
12            Plaintiff,            )   **DEFENDANTS STIRLING HALE**
                                )   **AND MICHELLE HALE**
13               vs.              )   **DEMURRER TO COMPLAINT FOR**
                                )   **UNLAWFUL DETAINER**
14    STIRLING HALE; MICHELLE HALE;   )
     and DOES 1Through 10, Inclusive,     )
15                                   )   **Date:**
             Defendants.          )   **Time:**
16                                   )   **Dept.:**
                                  )
17                                   )
18                                   )
19                                   )
20                                   )
21

22       TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that on _____, at _____, or as soon thereafter as it

24    may be heard in Department _____ of the above-entitled court, located at 10820 Justice Center

25    Drive,  Roseville, CA 95678, Defendants Stirling Hale and Michelle Hale will present their

26    Demurrer to Plaintiff's River City Investors, LLC Complaint for Unlawful Detainer.

27       The Demurrer will be based on Plaintiff's Complaint for Unlawful Detainer, the

28    **DEFENDANTS' STIRLING HALE AND MICHELLE HALE**
     **DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**

*Exhibit B*

1   accompanying Memorandum of Points and Authorities, the records of the Court, and such other

2   and further matters as the Court may consider at the hearing on the demurrer.

3

4   Dated: March     , 2011

5                                       By: _____

6                                               Stirling Hale
                                              Defendant, In Pro Per

7

8                                       By: _____

9                                               Michelle Hale
                                              Defendant, In Pro Per

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' STIRLING HALE AND MICHELLE HALE**
**DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**         Page 2

**DEMURRER**

Defendants Stirling Hale and Michelle Hale hereby specifically and  generally demurs to the Complaint for Unlawful Detainer as follows:

Plaintiff's Complaint for Unlawful Detainer is defective in that the Notice to Quit is and was inappropriate and defective;

Plaintiff's Complaint for Unlawful Detainer fails to state a cause of action against this demurring Defendant. [1]

Plaintiff's Notice to Quit, which is incorporated but not marked as an exhibit to the Complaint for Unlawful Detainer, was allegedly served on Defendants Stirling Hale and Michelle Hale.  However, there is no Proof of Service of the Notice to Quit attached to the Complaint for unlawful Detainer.  The Notice to Quit directed Defendants to quit and deliver up possession of the premises within 3 days after service of the notice.  [Complaint for U.D., ¶ 7].

Notwithstanding a Proof of Service attesting to its service on Defendants, The Notice to Quit is and was inappropriate and defective whereby rendering the entire Complaint defective on its face.

WHEREFORE Defendants pray:

1.      That the Demurrer is sustained without leave to amend;

2.      That Plaintiff take nothing by way of its Complaint for Unlawful Detainer;

3.      For costs of suit incurred, if allowed;

4.      For such other costs and relief as the Court may deem just and proper.

Dated: March      , 2011

By: _____
         Stirling Hale
         Defendant, In Pro Per


By: _____
         Michelle Hale
         Defendant, In Pro Per



_____

[1] CCP §430.10(e)

**DEFENDANTS' STIRLING HALE AND MICHELLE HALE**
**DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**          Page 3

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

### I.

3

### INTRODUCTION

4

The subject property was owned by Stirling Hale and Michelle Hale.  The property was

5

purportedly sold at a trustee's sale pursuant to an alleged notice of default and election to

6

sell.

7

Defendants resided at the subject property and have been residing there since they

8

purchased it  as their sole residence.

9

On or about **March 2, 2011**, Defendants were allegedly served, with a Notice to Quit.

10

The Notice to Quit specified that Stirling Hale and Michelle Hale were to deliver possession of

11

the subject property within 3 days, or  by **March 5, 2011**.

12

On **March 27, 2011**, Defendants were served with Plaintiff's Complaint for Unlawful

13

Detainer.

14

### II.

15

### THE NOTICE TO QUIT IS INAPPROPRIATE AND DEFECTIVE.

16

Plaintiff's Complaint for Unlawful Detainer attaches a Notice to Quit, but not a proof of

17

Service directed at Defendants Stirling Hale and Michelle Hale.

18

The Complaint for Unlawful Detainer specifically requests damages which are based on

19

the rental value on the property of $60.00 per day. [Complaint for U.D.,  ¶ 8].  This language

20

ostensibly characterizes Defendants as tenants. [2]  Whether consent and acceptance of rent

21

created a landlord-tenant relationship depends of course on the particular circumstances of each

22

case. [3]

23

Consequently, Civ. C §1946, Notice Required to Terminate Tenancy states:

24

*A hiring of real property, for a term not specified by the parties, is deemed to be renewed*

25

*as stated in Section 1945, at the end of the term implied by law unless one of the parties*
*gives written notice to the other of his intention to terminate the same, at least as long*

26

27

[2] Civ. C §1940

28

[3] Getz v. City of W. Hollywood (1991) 233 Cal. App. 3d 625, 630, 284 Cal.Rptr. 631

**DEFENDANTS' STIRLING HALE AND MICHELLE HALE**
**DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**                    Page 4

1  *before the expiration thereof as the term of the hiring itself, not exceeding 30 days;*
2  *provided, however, that as to tenancies from month to month either of the parties may*
   *terminate the same by giving at least 30 days' written notice thereof at any time and the*
3  *rent shall be due and payable to and including the date of termination.*

4      In addition, Plaintiff does not specifically state that Defendant is in possession without

5  its permission or consent.  Notwithstanding the absence of the aforementioned claim, the

6  appropriate *Notice* is a 3-Day Notice to Pay or Quit.

7      Code of Civ. Proc. §1161(2) states, in pertinent part, that:

8      *"When he or she continues in possession, in person or by subtenant, without the*
       *permission of his or her landlord, or the successor in estate of his or her landlord, if*
9      *applicable, after default in the payment of rent, pursuant to the lease or agreement under*
       *which the property is held, and three days' notice, in writing, requiring its payment,*
10     *stating the amount which is due, the name, telephone number, and address of the person*
       *to whom the rent payment shall be made..."*
11

12     Therefore, the mere service of a Notice to Quit on Defendants was inappropriate.

13     Moreover, the Notice to Quit does not conform to the provisions set forth in 12 USC

14  §5220, The Protecting Tenants at Foreclosure Act, which states that:

15     *"(a) In general. In the case of any foreclosure on a federally-related mortgage*
       *loan or on any dwelling or residential real property after the date of enactment*
16     *of this title, any immediate successor in interest in such property pursuant to the*
       *foreclosure shall assume such interest subject to--*
17     *"(l) the provision, by such successor in interest of a notice to vacate to any bona*
       *fide tenant at least 90 days before the elective date of such notice; and*
18     *"(2) the right\* of any bonafide tenant, as of the date of such notice of*
       *foreclosure-*
19     *"(A) under any bonafide lease entered into before the notice of foreclosure to*
       *occupy the premises until the end of the remaining term of the lease, except that*
20     *a successor in interest may terminate a lease effective on the date of sale of the*
       *unit to a purchaser who will occupy the unit as a primary residence, subject to*
21     *the receipt by the tenant of the 90 day notice under paragraph (l); or*
       *"(B) without a lease or with a lease terminable at will under State law, subject to*
22     *the receipt by the tenant of the 90 day notice under subsection (l), except that*
       *nothing under this section shall affect the requirements for termination of any*
23     *Federal- or State-subsidized tenancy or of any State or local law that provides*
       *longer time periods or other additional protections for tenants.*
24     *"(b) Bonafide lease or tenancy. For purposes of this section, a lease or tenancy*
       *shall be considered bonafide only if-*
25     *"(1) the mortgagor or the child, spouse, or parent of the mortgagor under the*
       *contract is not the tenant;*
26     *"(2) the lease or tenancy was the result of an arms-length transaction; and*
       *"(3) the lease or tenancy requires the receipt of rent that is not substantially less*
27     *than fair market rent for the property or the unit's rent is reduced or subsidized*
       *due to a Federal, State, or local subsidy."*
28
**DEFENDANTS' STIRLING HALE AND MICHELLE HALE**
**DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**                    Page 5

1   The Notice to Quit that Plaintiff served on Defendants does not contain the provision

2   mandated by the Protection Tenants at Foreclosure Act, nor any language therefrom. Therefore,

3   the Notice to Quit on Defendants is defective.

4                                              **III.**

5                                         **CONCLUSION**

6       Based upon the foregoing, Defendants Stirling Hale and Michelle Hale request that their

7   Demurrer to Plaintiff's Complaint for Unlawful Detainer be sustained without leave to amend.

8

9   Dated: March      , 2011

10

11                              By: _____
                                    Stirling Hale
12                                  Defendant, In Pro Per

13

14                              By: _____
                                    Michelle Hale
15                                  Defendant, In Pro Per

16

17

18

19

20

21

22

23

24

25

26

27

28
   **DEFENDANTS' STIRLING HALE AND MICHELLE HALE
   DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**                        Page 6

## PROOF OF SERVICE

State of California    )
                         )
County of Placer     )

    I am employed in the County of Placer, State of California. I am over the age of 18, and am not a party to the within action; my business address is _____

_____.

    On the date herein below specified, I served the foregoing document, described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Roseville, California addressed as follows:

> **Cary P. Greisen, Esq.**
> **GREISEN LAW CORPORATION**
> **4120 Douglas Boulevard, # 306-192**
> **Granite Bay, CA 95746**

**Date of Service**: March    , 2011

**Document Served: DEFENDANTS' STIRLING HALE AND MICHELLE HALE DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**

  \_\_X\_\_  (BY REGULAR MAIL) I caused such envelope(s) to be placed in the United States mail. I am readily familiar with this firm's practice of collection and processing correspondence form mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

  \_\_X\_\_  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at _____ on: March    , 2011

_____

**DEFENDANTS' STIRLING HALE AND MICHELLE HALE
DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER**        Page 7